# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-2574 (UNA)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On September 6, 2024, the Clerk of Court received plaintiff's Complaint and Request for Injunction (ECF No. 1). It is substantially similar to the Complaint and Request for Injunction the Clerk of Court received on June 24, 2024. *See Brooks v. Fed. Bureau of Investigation*, No. 1:24-cv-2200 (APM) (D.D.C. June 24, 2024).

It is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the complaint [1] and this civil action are DISMISSED WITHOUT PREJUDICE as duplicative.

SO ORDERED.

DATE: October 22, 2024              CARL J. NICHOLS
                                    United States District Judge